UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LEO RANDOLPH,

    Plaintiff,

v.

UNKNOWN DECKER,

    Defendant.

_____/

Case No. 2:06-cv-3
HON. R. ALLAN EDGAR

## ORDER

Plaintiff Leo Randolph made a motion for partial summary judgment under Fed. R. Civ. P. 56. [Doc. No. 43]. On March 27, 2008, Magistrate Judge Timothy P. Greeley submitted his report and recommendation [Doc. No. 58] pursuant to 28 U.S.C. § 636(b)(1)(B) and W.D. Mich. LCivR 72.1(c). It is recommended that the plaintiff's motion for partial summary judgment be denied. The parties have not timely filed any objections to the report and recommendation.

After reviewing the record, the Court **ACCEPTS and ADOPTS** the report and recommendation [Doc. No. 58] pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b), and W.D. Mich. LCivR 72.3(b). Accordingly, the plaintiff's Rule 56 motion for partial summary judgment [Doc. No. 43] is **DENIED**.

SO ORDERED.

Date: May 16, 2008.

                                        */s/ R. Allan Edgar*
                                      R. ALLAN EDGAR
                              UNITED STATES DISTRICT JUDGE